1 | DONALD J. PUTTERMAN (State Bar No. 90822)
RICHARD J. NELSON (State Bar No. 141658)
2 | SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
3 | San Francisco, California 94111
Telephone:     (415) 392-1960
4 | Facsimile:     (415) 392-0827
Email: dputterman@sideman.com
5 |        rnelson@sideman.com

6 | Attorneys for Susan A. Gootnick, an individual
and as Trustee of the Gootnick Family Trust;                    **E-FILING**
7 | and Irwin Gootnick

8 |                    **UNITED STATES DISTRICT COURT**

9 |                 **NORTHERN DISTRICT OF CALIFORNIA**

10 |

11 | SUSAN A. GOOTNICK, an individual and as          Case No. C 05 2787 SI
Trustee of the Gootnick Family Trust; and
12 | IRWIN GOOTNICK, an individual,                   **STIPULATION AND ORDER**
                                                     **THEREON RE: PENDING MOTIONS**
13 |              Plaintiffs,

14 |       v.

15 | ERIC AARON LIGHTER, an individual;
HONOLULU RAIL & DEVELOPMENT,
16 | LTD., a corporation; CREDIT BUREAU
INTERNATIONAL, INC., a corporation, and
17 | DOES 1-20,

18 |              Defendants.

19 |

20 |        Plaintiffs SUSAN A. GOOTNICK and IRWIN GOOTNICK, through their respective

21 | attorneys (collectively referred to as "Plaintiffs"), and Defendants ERIC AARON LIGHTER

22 | ("Lighter"), HONOLULU RAIL & DEVELOPMENT, LTD. ("HRD") and CREDIT BUREAU

23 | INTERNATIONAL, INC. ("CBI") (collectively referred to as "Defendants"), through their

24 | respective counsel, hereby stipulate as follows:

25 |        WHEREAS Plaintiffs filed a Verified Complaint in the Superior Court for the County of

26 | San Francisco against Defendants on or about May 18, 2005;

27 |        WHEREAS Defendants HRD and CBII filed an answer to the Verified Complaint in San

28 | Francisco Superior Court on or about July 7, 2005;

Case No.

**STIPULATION AND ORDER THEREON RE: PENDING MOTIONS**

*Left margin (vertical):* LAW OFFICES SIDEMAN & BANCROFT LLP ONE EMBARCADERO CENTER, 8TH FLOOR SAN FRANCISCO, CALIFORNIA 94111

1     WHEREAS also on July 7, 2005, Defendants HRD and CBII filed a notice of removal of

2    the instant case to the United States District Court for the Northern District of California, while

3    Defendant Lighter filed a Motion to Dismiss for Lack of Personal Jurisdiction as to Defendant

4    Lighter alone pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(2), set for hearing on

5    September 21, 2005;

6     WHEREAS on or about August 2, 2005, Defendant Lighter filed a motion entitled:

7    "Motion For Change of Venue Joined and Consolidated with Defendant's Notice of Motion To

8    Dismiss for Lack of Personal Jurisdiction Filed on July 7, 2005, which Defendant Lighter set for

9    hearing on September 21, 2005;"

10     WHEREAS, two days later on or about August 4, 2005, Defendants CBI and HRD filed a

11    motion entitled: "Memorandum in Support of Defendants' Motion to Dismiss Or Motion For

12    Change of Venue Joined and Consolidated With Defendants' Notice of Removal filed on July 7,

13    2005, which Defendants CBI and HRD set for hearing on September 21, 2005;"

14     WHEREAS on or about August 8, 2005, the Court reassigned the instant case to Judge

15    Susan Ilston, and vacated the September 21, 2005 hearing date;

16     WHEREAS Defendant Lighter, via the filing of a document entitled "Declaration of Eric

17    Aaron Lighter In Support of Defendant Eric Aaron Lighter's Motion to Dismiss Or Motion For

18    Change of Venue Joined With Defendants' Notice of Removal Filed on July 7, 2005, attempted to

19    re-notice the hearing date on said motion in light of the re-assignment for October 25, 2005;

20     WHEREAS pursuant to the Court's recommendation, the parties hereby stipulate to having

21    a hearing on the aforementioned motions on October 25, 2005, at 9:00 a.m.

22

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

2        Case No.
STIPULATION AND ORDER THEREON RE: PENDING MOTIONS

1    Good Cause Appearing, it is hereby ordered that the above entitled motions shall all be

2    heard before this Court on the same date, October 25, 2005 at 9:00 a.m.

3

4    Dated: *September 15, 2005*    *Betina Baumgarten for*

5                                                        *Rick Nelson*
                                              Richard Nelson
6                                             Attorney for Plaintiffs

7

8    Dated: *September 14, 2005*

9                                             Joseph K. Bravo
                                              Attorneys for Defendants
10

11

12

13

14

15   IT IS HEREBY ORDERED:

16

17   Dated: _____

18

19

20

21

22   RJN:BASB:IG.6695\179942_1.DOC

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Susan Illston

3

**STIPULATION AND ORDER THEREON RE: PENDING MOTIONS**                Case No.