# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. GOOTNICK, an individual and as Trustee of the Gootnick Family Trust; and IRWIN GOOTNICK, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>ERIC AARON LIGHTER, an individual; HONOLULU RAIL & DEVELOPMENT, LTD., a corporation; CREDIT BUREAU INTERNATIONAL, INC., a corporation, and DOES 1-20,<br><br>   Defendants. | CASE NO. 3:05-cv-2787 SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br><u>**ADR CERTIFICATION**</u> |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

 Early Neutral Evaluation

Dated: 11/8/05       _____
              Attorney for Plaintiff

Dated: 11/8/05       _____
              Attorney for Defendant

IT IS SO ORDERED:

Dated: _____

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Susan Illston*