IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN A. GOOTNICK,

        Plaintiff,

v.

ERIC A. LIGHTER,

        Defendant.

No. C 05-02787 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 3, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 18, 2006.

DESIGNATION OF EXPERTS: 9/22/06; REBUTTAL: 10/13/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 3, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by November 10, 2006;

    Opp. Due November 24, 2006; Reply Due December 1, 2006;

    and set for hearing no later than December 15, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 20, 2007 at 3:30 PM.

JURY TRIAL DATE: March 5, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Initial disclosures shall be produced by December 16, 2005.
Defendant shall respond to the complaint by December 9, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/28/05

                                  SUSAN ILLSTON
                                  United States District Judge