MARLIS McALLISTER [SBN 124265]
McALLISTER LAW GROUP
Post Office Box 1964
Los Altos, California 94023
Telephone: (650) 948-7536
Facsimile: (650) 948-7502

Attorney for Defendants Eric Aaron Lighter
Honolulu Rail & Development, Ltd., and
Credit Bureau International, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. GOOTNICK, an individual and as Trustee of the Gootnick Family Trust; and IRWIN GOOTNICK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC AARON LIGHTER, an individual; HONOLULU RAIL & DEVELOPMENT, LTD., a corporation; CREDIT BUREAU INTERNATIONAL, INC., a corporation, and DOES 1-20, <br><br> Defendants. | Case No. C 05 2787SI <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant Eric Aaron Lighter hereby substitutes McAllister Law Group and Marlis McAllister as his counsel of record in this action for Bravo & Margulies and Joseph K Bravo and The Law Offices of John G. Hanlin and John G. Hanlin. The address and telephone numbers for McAllister Law Group are reflected above.

I consent to this substitution.

Dated: December 30, 2005.

_____
Eric Aaron Lighter

Substitution of Attorney (Eric Aaron Lighter)
- 1 -

1  | I consent to this substitution.
2  | Dated: Jan. 5, 2006
3  |                                    McALLISTER LAW GROUP
4  |                                    By _Marlis McAllister_____
5  |                                        Marlis McAllister
6  | I consent to this substitution.
7  | Dated: 1/10, 2006
8  |
9  |                                    BRAVO & MARGULIES
10 |                                    By _____
11 |                                        Joseph K. Bravo
12 | I consent to this substitution.
13 | Dated: 1/10, 2006
14 |
15 |                                    LAW OFFICES OF JOHN G. HANLIN
16 |                                    By _____
17 |                                        John G. Hanlin

APPROVED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Substitution of Attorney (Eric Aaron Lighter)
- 2 -

1  MARLIS McALLISTER [SBN 124265]
   McALLISTER LAW GROUP
2  Post Office Box 1964
3  Los Altos, California 94023
   Telephone: (650) 948-7536
4  Facsimile: (650) 948-7502
5
   Attorney for Defendants Eric Aaron Lighter
6  Honolulu Rail & Development, Ltd., and
   Credit Bureau International, Inc.
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 SUSAN A. GOOTNICK, an individual and as       Case No. C 05 2787SI
   Trustee of the Gootnick Family Trust; and
12 IRWIN GOOTNICK, an individual,                **SUBSTITUTION OF ATTORNEYS**
13              Plaintiffs,
14     vs.
15 ERIC AARON LIGHTER, an individual;
   HONOLULU RAIL & DEVELOPMENT,
16 LTD., a corporation; CREDIT BUREAU
17 INTERNATIONAL, INC., a corporation, and
   DOES 1-20,
18
19              Defendants.

20     Defendant Credit Bureau International, Inc. hereby substitutes McAllister Law Group and
21 Marlis McAllister as its counsel of record in this action for Bravo & Margulies and Joseph K.
22
23 Bravo and The Law Offices of John G. Hanlin and John G. Hanlin. The address and telephone
24 numbers for McAllister Law Group are reflected above.
25     I consent to this substitution.
26
       Dated: December 30, 2005.
27                                              Credit Bureau International, Inc.
28
                                                By _____ Its President
                                                   Eric Aaron Lighter

Substitution of Attorney (Credit Bureau International, Inc.)
- 1 -

1
2  I consent to this substitution.
3  Dated: Jan. 5, 200 6
4
5                                                    McALLISTER LAW GROUP
6                                                    By *Marlis McAllister*
7                                                       Marlis McAllister
8  I consent to this substitution.
9  Dated: _____, 200 6
10
11                                                   BRAVO & MARGULIES
12                                                   By _____
13                                                      Joseph K. Bravo
14 I consent to this substitution.
15 Dated: 1/10, 200 6
16
17                                                   LAW OFFICES OF JOHN G. HANLIN
18                                                   By _____
19                                                      John G. Hanlin
20
21
22
23
24
25
26
27
28

Substitution of Attorney (Credit Bureau International, Inc.)
- 2 -

MARLIS McALLISTER [SBN 124265]
McALLISTER LAW GROUP
Post Office Box 1964
Los Altos, California 94023
Telephone: (650) 948-7536
Facsimile: (650) 948-7502

Attorney for Defendants Eric Aaron Lighter
Honolulu Rail & Development, Ltd., and
Credit Bureau International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN A. GOOTNICK, an individual and as Trustee of the Gootnick Family Trust; and IRWIN GOOTNICK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC AARON LIGHTER, an individual; HONOLULU RAIL & DEVELOPMENT, LTD., a corporation; CREDIT BUREAU INTERNATIONAL, INC., a corporation, and DOES 1-20, <br><br> Defendants. | Case No. C 05 2787SI <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant Honolulu Rail & Development, Ltd. hereby substitutes McAllister Law Group and Marlis McAllister as its counsel of record in this action for Bravo & Margulies and Joseph K. Bravo and The Law Offices of John G. Hanlin and John G. Hanlin. The address and telephone numbers for McAllister Law Group are reflected above.

I consent to this substitution.

Dated: December 30, 2005.

Honolulu Rail & Development, Ltd.

By _____ Its President
Eric Aaron Lighter

Substitution of Attorney (Gonolulu Rail & Development, Ltd.)
- 1

| | |
|---|---|
| I consent to this substitution. | |
| Dated: Jan. 5, 2006 | McALLISTER LAW GROUP |
| | By _Marlis McAllister_ |
| | Marlis McAllister |
| I consent to this substitution. | |
| Dated: 1/10, 2006 | |
| | BRAVO & MARGULIES |
| | By _[signature]_ |
| | Joseph K. Bravo |
| I consent to this substitution. | |
| Dated: 1/10, 2006 | |
| | LAW OFFICES OF JOHN G. HANLIN |
| | By _[signature]_ |
| | John G. Hanlin |

Substitution of Attorney (Gonolulu Rail & Development, Ltd.)
-2-