| | |
|---|---|
| 1 | DONALD J. PUTTERMAN (State Bar No. 90822) |
| | E-Mail: *dputterman@sideman.com* |
| 2 | RICHARD J. NELSON (State Bar No. 141658) |
| | E-Mail: *rnelson@sideman.com* |
| 3 | SIDEMAN & BANCROFT LLP |
| | One Embarcadero Center, Eighth Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 392-1960 |
| 5 | Facsimile: (415) 392-0827 |
| 6 | Attorneys for Plaintiffs |
| 7 | Susan A. Gootnick, an individual and as Trustee of the Gootnick Family Trust and Irwin Gootnick |

E-FILING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN A. GOOTNICK, an individual and as Trustee of the Gootnick Family Trust; and IRWIN GOOTNICK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC AARON LIGHTER, an individual; HONOLULU RAIL & DEVELOPMENT, LTD., a corporation; CREDIT BUREAU INTERNATIONAL, INC., a corporation, and DOES 1-20, <br><br> Defendants. | Case No. 3:05-cv-2787 SI <br><br> **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Date: March 3, 2006 <br> Time: 2:30 p.m. <br> Dept: Courtroom 10, 19th Floor <br> Judge: Hon. Susan Ilston <br><br> Trial Date: None Set |

On January 27, 2006, this Court set a case management conference for March 3, 2006, at 2:30 p.m. Subsequent to the setting of that conference, counsel for Plaintiffs has identified a scheduling conflict on that date and time. Counsel for Defendants does not oppose rescheduling the conference to a mutually convenient date and time.

Accordingly, the parties to the above-entitled action respectfully submit this Stipulation to request the Court to reschedule the Case Management Conference

currently set for March 3, to the following week, on March 10, 2006.

DATED: February 24, 2006

DONALD J. PUTTERMAN (State Bar No. 90822)
RICHARD J. NELSON (State Bar No. 141658)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 392-1960
Facsimile: (415) 392-0827
Email: dputterman@sideman.com
rnelson@sideman.com

By: /s/ Richard J. Nelson
RICHARD J. NELSON
Attorneys for Susan A. Gootnick, an individual and as Trustee of the Gootnick

DATED: February 24, 2006

MARLIS McALLISTER (124265)
McAllister Law Group
Post Office Box 1964
Los Altos, CA 94023
Telephone: (650) 948-7536
Facsimile: (650) 948-7502
Email: marmcal@pacbell.net

By: /s/ Marlis McAllister
MARLIS MCALLISTER
Attorneys for Defendants
Eric Aaron Lighter
Honolulu Rail & Development, Ltd.
Credit Bureau International, Inc

## ORDER

The Stipulated Request to Reschedule Case Management Conference is granted, and the case management conference is rescheduled for March 10, 2006, at 2:30 p.m.

DATED:_____

*Susan Ilston* (signature)

HON. SUSAN ILSTON
UNITED STATES DISTRICT JUDGE