| | |
|---|---|
| 1 | MARLIS McALLISTER [SBN124265] |
| | McALLISTER LAW GROUP |
| 2 | Post Office Box 1964 |
| | Los Altos, CA 94023 |
| 3 | Telephone: (650) 948-7536 |
| | Facsimile: (650) 948-7502 |
| 4 | Email: marmcal@pacbell.net |

Attorney for Defendants Eric Aaron Lighter, Honolulu Rail & Development Ltd., and Credit Bureau International, Inc.

DONALD J. PUTTERMAN [SBN 90822]
RICHARD J. NELSON [SBN 141658]
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Facsimile: (415) 392-0827
Email: dputterman@sideman.com
      rnelson@sideman.com

Attorneys for Susan A. Gootnick, an individual and as Trustee of the Gootnick Family Trust, and Irwin Gootnick

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN A. GOOTNICK, an individual and as Trustee of the Gootnick Family Trust; and IRWIN GOOTNICK, an individual, | Case No. C 05-02787 SI |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date: September 1, 2006 |
| ERIC AARON LIGHTER, an individual; HONOLULU RAIL & DEVELOPMENT LTD., a corporation; CREDIT BUREAU INTERNATIONAL, INC., a corporation, and Does 1 through 20, | Time: 2:30 p.m. |
| | Dept: Courtroom 10, 19th Floor |
| | Judge: Hon. Susan Ilston |
| | Trial Date: March 5, 2007 |
| Defendants. | |

1            Case No. C 05-02787 SI
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties hereby stipulate, by and through their undersigned counsel, that the case management conference scheduled on September 1, 2006, at 2:30 p.m., may be continued to September 22, 2006, at 2:30 p.m. There is good cause to continue the conference because the parties were unable to schedule an early neutral evaluation prior to September 5, 2006.

Dated: August 25, 2006    McALLISTER LAW GROUP


By    /s/ Marlis McAllister
         Marlis McAllister
Attorney for Defendants Eric Aaron Lighter,
Honolulu Rail & Development Ltd., and
Credit Bureau International, Inc.

Dated: August 25, 2006    SIDEMAN & BANCROFT LLP


By    /s/ Richard J. Nelson
         Richard J. Nelson
Attorneys for Susan A. Gootnick, an individual
and as Trustee of the Gootnick Family Trust, and
Irwin Gootnick

**ORDER**

The Stipulated Request to Reschedule Case Management Conference is granted, and the case management conference is rescheduled for September 22, 2006, at 2:30 p.m.

DATED:_____

_____
HON. SUSAN ILSTON
UNITED STATES DISTRICT JUDGE

rjn:mlw:IG.6695\240798_1.DOC

2    Case No. C 05-02787 SI
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Case 5:05-cv-02787-SI Document 104 Filed 08/25/2006 Page 3 of 3