1  MARLIS McALLISTER [SBN124265]
   McALLISTER LAW GROUP
2  Post Office Box 1964
   Los Altos, CA  94023
3  Telephone:  (650) 948-7536
   Facsimile:  (650) 948-7502
4  Email: marmcal@pacbell.net

5
   Attorney for Defendants Eric Aaron Lighter,
6  Honolulu Rail & Development Ltd., and
   Credit Bureau International, Inc.
7
   DONALD J. PUTTERMAN [SBN 90822]
8  RICHARD J. NELSON [SBN 141658]
   SIDEMAN & BANCROFT LLP
9  One Embarcadero Center, Eighth Floor
   San Francisco, CA  94111
10 Telephone: (415) 392-1960
   Facsimile: (415) 392-0827
11 Email: dputterman@sideman.com
          rnelson@sideman.com
12
   Attorneys for Susan A. Gootnick, an individual
13 and as Trustee of the Gootnick Family Trust, and
   Irwin Gootnick
14

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN A. GOOTNICK, an individual and as Trustee of the Gootnick Family Trust; and IRWIN GOOTNICK, an individual, | Case No. C 05-02787 SI |
| Plaintiffs, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | Date:   September 22, 2006<br>Time:   2:30 p.m.<br>Dept:   Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Ilston |
| ERIC AARON LIGHTER, an individual; HONOLULU RAIL & DEVELOPMENT LTD., a corporation; CREDIT BUREAU INTERNATIONAL, INC., a corporation, and Does 1 through 20, | Trial Date: March 5, 2007 |
| Defendants. / | |

1

Joint Case Management Conference Statement

1   The Court has scheduled a Case Management Conference for September 22, 2006.
2   Pursuant to order by the Court, the parties submit the following as their Joint Case Management
3   Conference Statement:

   I.   Procedural Background in This Action Subsequent to Last CMC.

   The Court held a CMC on June 30, 2006.  Subsequent to that case management conference, the following procedural events have occurred in this litigation:

   o   In early August, plaintiffs produced three boxes of documents in response to requests made by defendants Eric Aaron Lighter, Honolulu Rail and Development, Ltd., and Credit Bureau International, Inc.

   o   On August 16, 17 and 18, 2006, defendants took the depositions of plaintiffs Irwin and Susan Gootnick.

   o   The parties agreed to waive the discovery cut-off for the depositions of Morris Brock and Samuel Fung, which have yet to be scheduled.

   o   On September 5, 2006, the parties participated in an Early Neutral Evaluation before Michael Traynor.  Mr. Traynor has provided the parties with his written evaluation.

   II.   Events in the GFT Bankruptcy Proceeding in Hawaii.

   o   On July 5, 2006, the Gootnick Family Trust appealed the order dismissing its bankruptcy.

   o   On September 1, 2006, Wing Ng, counsel for the Gootnick Family Trust, and Eric Lighter appealed the order awarding sanctions.

Dated:  September 20, 2006           McALLISTER LAW GROUP


                                     By ___/s/ Marlis McAllister_____
                                            Marlis McAllister
                                     Attorney for Defendants Eric Aaron Lighter,
                                     Honolulu Rail & Development Ltd., and
                                     Credit Bureau International, Inc.

Joint Case Management Conference Statement

Dated:  September 20, 2006					SIDEMAN & BANCROFT LLP

						By     /s/ Richard J. Nelson
							Richard J. Nelson
						Attorneys for Susan A. Gootnick, an individual
						and as Trustee of the Gootnick Family Trust, and
						Irwin Gootnick