DONALD J. PUTTERMAN (State Bar No. 90822)
RICHARD J. NELSON (State Bar No. 141658)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827
Email: dputterman@sideman.com
       rnelson@sideman.com

Attorneys for Irwin Gootnick, an individual
and as Trustee of the Gootnick Family Trust;
and Susan A. Gootnick


MARLIS McALLISTER [SBN124265]
McALLISTER LAW GROUP
Post Office Box 1964
Los Altos, CA  94023
Telephone:  (650) 948-7536
Facsimile:  (650) 948-7502
Email: marmcal@pacbell.net

Attorney for Defendants Eric Aaron Lighter,
Honolulu Rail & Development Ltd., and
Credit Bureau International, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN GOOTNICK, an individual and as Trustee of the Gootnick Family Trust; and SUSAN A. GOOTNICK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC AARON LIGHTER, an individual; HONOLULU RAIL & DEVELOPMENT, LTD., a corporation; CREDIT BUREAU INTERNATIONAL, INC., a corporation, and DOES 1-20,<br><br>Defendants. | Case No. C 05-02787 SI<br><br>**JOINT CASE MANAGEMENT <u>CONFERENCE STATEMENT</u>**<br><br>Date:   December 15, 2006<br>Time:   2:30 p.m.<br>Dept:   Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Ilston<br><br>Trial Date: March 5, 2007 |

1   The Court has scheduled a Case Management Conference for December 15, 2006.
2   Pursuant to order by the Court, the parties submit the following as their Joint Case Management
3   Conference Statement:

<u>Activity in This Action Subsequent to Last CMC.</u>

The Court held a CMC on September 22, 2006. At that CMC, the court ordered the parties to attempt to schedule a mediation with Michael Traynor. Counsel have been in discussions with Mr. Traynor's assistant to schedule the mediation, but unfortunately no available date has worked for all counsel and parties. Counsel are seeking additional dates in January 2007 and expect to be able to schedule the mediation for that time.

Dated: December 8, 2006     SIDEMAN & BANCROFT LLP

By   /s/ Richard J. Nelson
     Richard J. Nelson
Attorneys for Irwin Gootnick, an individual
   and as Trustee of the Gootnick Family Trust,
   and Susan A. Gootnick

Dated: December 8, 2006     McALLISTER LAW GROUP

By   /s/ Marlis McAllister
     Marlis McAllister
Attorney for Defendants Eric Aaron Lighter,
   Honolulu Rail & Development Ltd., and
   Credit Bureau International, Inc.

rjn:mlw:IG.6695\177136_1.DOC

---

1                                                                                    Case No. C 05-02787 SI
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**