1  MARLIS McALLISTER [SBN124265]
   McALLISTER LAW GROUP
2  Post Office Box 1964
   Los Altos, CA  94023
3  Telephone:  (650) 948-7536
   Facsimile:  (650) 948-7502
4  Email: marmcal@pacbell.net

5
   Attorney for Defendants Eric Aaron Lighter,
6  Honolulu Rail & Development Ltd., and
   Credit Bureau International, Inc.
7
   DONALD J. PUTTERMAN [SBN 90822]
8  RICHARD J. NELSON [SBN 141658]
   SIDEMAN & BANCROFT LLP
9  One Embarcadero Center, Eighth Floor
   San Francisco, CA  94111
10 Telephone: (415) 392-1960
   Facsimile: (415) 392-0827
11 Email: dputterman@sideman.com
          rnelson@sideman.com
12
13 Attorneys for Susan A. Gootnick, an individual
   and as Trustee of the Gootnick Family Trust, and
14 Irwin Gootnick

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18 | SUSAN A. GOOTNICK, an individual and as          | Case No. C 05-02787 SI
     Trustee of the Gootnick Family Trust; and
19   IRWIN GOOTNICK, an individual,                   | **STIPULATION RE SETTLEMENT**

20              Plaintiffs,                            Date:  N/A
                                                       Time:  N/A
21        v.                                           Dept:  Courtroom 10, 19th Floor
                                                       Judge: Hon. Susan Ilston
22 ERIC AARON LIGHTER, an individual;
   HONOLULU RAIL & DEVELOPMENT                         Trial Date:  March 5, 2007
23 LTD., a corporation; CREDIT BUREAU
   INTERNATIONAL, INC., a corporation, and
24 Does 1 through 20,

25              Defendants.
   _____ /

                             1
Stipulation re Settlement

The parties hereby stipulate through their undersigned counsel as follows:

1. The parties have prepared a settlement agreement and release with appendices, and believe they are now in agreement as to all of the terms of that documentation.  They anticipate signing the settlement documentation on February 6, 2007.

2. So long as the parties sign the settlement documentation as anticipated, plaintiffs will file a dismissal of the pending action in its entirety with prejudice on or before February 12, 2007.

Dated:  February 6, 2007                McALLISTER LAW GROUP


By     /s/ Marlis McAllister
        Marlis McAllister
Attorney for Defendants Eric Aaron Lighter, Honolulu Rail & Development Ltd., and Credit Bureau International, Inc.


Dated:  February 6, 2007                SIDEMAN & BANCROFT LLP


By     /s/ Richard J. Nelson
        Richard J. Nelson
Attorneys for Susan A. Gootnick, an individual and as Trustee of the Gootnick Family Trust, and Irwin Gootnick